(No. 75-CC-664— )

CENTRAL ILLINOIS PUBLIC SERVICE COMPANY, Claimant, *vs.*
STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES,
Respondent.

*Opinion filed April 28, 1975.*

CENTRAL ILLINOIS PUBLIC SERVICE Co., Claimant,
pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-698— )

MOTOROLA, INC., Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed April 28, 1975.*

MOTOROLA, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J.
KARAGANIS, Assistant Attorney General, for Respond-
ent.

PER CURIAM.